IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIE C. SIMPSON,

                      Plaintiff,                    ORDER

    v.

                                              09-cv-252-bbc

DALIA SULIENE, LORI ALSUM,
JANEL NICKEL, DAVID LIPINSKI,
GREGORY GRAMS, and
MARC CLEMENTS,

                      Defendants.

---

      Plaintiff Willie Simpson, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff provides a copy of his trust fund account statement for the full six-month period immediately preceding the filing of his complaint.

      Plaintiff's complaint was submitted on April 22, 2009. His trust fund account statement should cover the period beginning approximately October 20, 2008 and ending approximately April 20, 2009. Instead, it covers a one-month period beginning March 1, 2009 and ending March 31, 2009. If plaintiff intends to pursue his request to proceed *in forma pauperis* he will need to submit a supplemental trust fund account statement that covers the remainder of the six-month period ending April 20, 2009.

ORDER

IT IS ORDERED that plaintiff may have until June 19, 2009, in which to submit a trust fund account statement for the period beginning approximately October 20, 2008 and ending approximately April 20, 2009. If, by June 19, 2009, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 29th day of May, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge